Case 8:20-cv-00213-JLS-DFM   Document 24   Filed 10/20/20   Page 1 of 1   Page ID #:100

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

## CIVIL MINUTES – GENERAL

| Case No. | SACV 20-00213-JLS (DFMx) | Date | October 20, 2020 |
|---|---|---|---|
| Title | In Sun Kil v. Unique Nails and Spa, Inc. et al | | |

**Present: The Honorable   JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | None Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:   (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF VOLUNTARY DISMISSAL**

The Court, having been advised by the Plaintiff that this action has been resolved by a Notice of Voluntary Dismissal [23], hereby orders this action dismissed with prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

                                                                    \_\_\_\_ : \_\_\_\_
                                    Initials of Deputy Clerk   mku